ROB BONTA, State Bar No. 202668
Attorney General of California
RUSSELL B. HILDRETH, State Bar No. 166167
Supervising Deputy Attorney General
EMILY M. HAJARIZADEH, State Bar No. 325246
CLAIR LEONARD, State Bar No. 346232
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7795
  E-mail: Emily.Hajarizadeh@doj.ca.gov

*Attorneys for Defendants
Christine Sotelo, Environmental Laboratory
Accreditation Program Manager for the State
Water Resources Control Board, and
Eric Oppenheimer, Executive Director,
State Water Resources Control Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANDREW MOROZ,** | 2:23-CV-02761-KJM-KJN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE STAY OF PROCEEDINGS** |
| **CHRISTINE SOTELO, Environmental Laboratory Accreditation Program Manager for the State Water Resources Control Board, in her official and individual capacity; and ERIC OPPENHEIMER, Executive Director of the State Water Resources Control Board, in his official and individual capacity,** | Judge: The Honorable Kimberly J. Mueller<br>Trial Date: Not Set<br>Action Filed: November 28, 2023 |
| Defendants. | |

4079573.1

1

1    Plaintiff Andrew Moroz (Plaintiff), and Defendants Christine Sotelo, Environmental
2    Laboratory Accreditation Program Manager for the State Water Resources Control Board and
3    Eric Oppenheimer, Executive Director of the State Water Resources Control Board, in their
4    official and individual capacities (collectively, "Defendants") stipulate as follows:

5    WHEREAS, on or about February 5, 2024, Plaintiff's laboratory Analytical Chemical
6    Labs, Inc. (ACL) filed a Petition for Writ of Administrative Mandamus under California Code of
7    Civil Procedure section 1094.5 in the Sacramento County Superior Court, *Analytical Chemical*
8    *Labs, Inc. v. California State Water Resources Control Board, et al.*, case no. 24WM000026,
9    challenging the May 22, 2023 denial of ACL's renewal application for ELAP accreditation and
10   the Board's January 2, 2024 dismissal of Plaintiff's Petition for Reconsideration;

11   WHEREAS, the claims in Plaintiff's First Amended Complaint filed on February 8, 2023,
12   (ECF No. 10) and the pending writ of mandate filed in the Sacramento Superior Court, *Analytical*
13   *Chemical Labs, Inc. v. California State Water Resources Control Board, et al.*, case no.
14   24WM000026, arise from the May 22, 2023 denial of ACL's renewal application for ELAP
15   accreditation and the Board's January 4, 2024 dismissal of Plaintiff's Petition for
16   Reconsideration;

17   WHEREAS, the parties agree that a stay of the instant case pending the Sacramento
18   County Superior Court's ruling in *Analytical Chemical Labs, Inc. v. California State Water*
19   *Resources Control Board, et al.*, case no. 24WM000026, is in the interest of conserving the
20   parties' and the Court's resources;

21   WHEREAS, the parties agree that the stay shall include a stay on the accumulation of
22   prejudgment interest from the issuance date of the order granting the stay and during the
23   pendency of the stay;

24   NOW, THEREFORE, THE PARTIES REQUEST THAT THE COURT ORDER AS
25   FOLLOWS:

26   1. The above captioned action shall be stayed until the Superior Court of California,
27   County of Sacramento issues its judgment on the writ of mandate at issue in *Analytical Chemical*
28   *Labs, Inc. v. California State Water Resources Control Board, et al.*, case no. 24WM000026;

   2. Defendants' responsive pleading to Plaintiff's First Amended Complaint shall be due 45 days after the issuance of the Superior Court of California, County of Sacramento's judgment in *Analytical Chemical Labs, Inc. v. California State Water Resources Control Board, et al.*, case no. 24WM000026, unless a further stay is issued; and

   3. The hearing on the Status (Pretrial Scheduling) Conference scheduled on March 28, 2024 is vacated.

DOWNEY BRAND LLP

Dated: February 14, 2024

/s/ *Melissa A. Thorme*
Melissa A. Thorme

*Counsel for Plaintiff Andrew Moroz*

ROB BONTA
Attorney General of California
RUSSELL B. HILDRETH
Supervising Deputy Attorney General

/s/ *Emily M. Hajarizadeh*
EMILY M. HAJARIZADEH
Deputy Attorney General

Dated: February 14, 2024

*Attorneys for Defendants Christine Sotelo, Environmental Laboratory Accreditation Program Manager for the State Water Resources Control Board, and Eric Oppenheimer, Executive Director, State Water Resources Control Board*

**ORDER**

Finding good cause, the court hereby **stays** this action until the Superior Court of California, County of Sacramento issues its judgment on the writ of mandate at issue in *Analytical Chemical Labs, Inc. v. California State Water Resources Control Board, et al.*, Case No. 24WM000026.  The parties are directed to file a joint status report within fourteen (14) days of the Superior Court's judgment detailing the decision and its impact on the above captioned action.  Further, the status conference scheduled for March 28, 2024, is hereby **vacated,** and will be reset as appropriate.

**IT IS SO ORDERED.**

DATED:  February 26, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE